# EXHIBIT A

# Precipe To Re-Issue Writ Of Summons

IN THE COURT OF COMMON PLEAS
OF BUCKS COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

Celeste Carpenter
872 Mill Road
Bensalem, PA  19020
v.
                           Plaintiff
TransUnion Rental Screening Solutions, Inc.
6430 South Fiddlers Green Circle, Suite 500     :    2016-04542
Greenwood Village, CO 80111
and
X,Y,Z Corporations
                 Defendant(s)

**PRECIPE TO RE-ISSUE WRIT OF SUMMONS**

To:  The Prothonotary:

Kindly re-issue the Writ of Summons against the Defendant(s) captioned above.  Thank you.

_Vicki Piontek_     3/3/2018
Vicki Piontek, Esquire     Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
palaw@justice.com
Fax: 866-408-6735



Case #: 2016-04542-0004   11842223
Main (Public)
Code: 140     Judge:39
Rcpt Z1947051   3/6/2018 9:28:54 AM

# EXHIBIT B

# Writ Of Summons

IN THE COURT OF COMMON PLEAS
OF BUCKS COUNTY, PENNSYLVANIA
CIVIL ACTION -- LAW

Celeste Carpenter
872 Mill Road
Bensalem, PA  19020
v.
         Plaintiff
TransUnion Rental Screening Solutions, Inc.
6430 South Fiddlers Green Circle, Suite 500
Greenwood Village, CO 80111
and
X,Y,Z Corporations
      Defendant(s)



Case #: 2016-04542   B09   11273966
Code: O   Judge: 39
Patricia L. Bachtle, Bucks County Prothonotary
Rcpt: Z1671808   7/21/2016 10:01:28 AM

## WRIT OF SUMMONS

TO: TransUnion Rental Screening Solutions, Inc.
   6430 South Fiddlers Green Circle, Suite 500
   Greenwood Village, CO 80111
   and
   X,Y,Z Corporations

You are notified that Celeste Carpenter has commenced an action against you.

PATRICIA L. BACHTLE

SEAL OF
THE
COURT

Prothonotary

By_____

7-21-16
Date

MAR 06 2018
THE WITHIN COMPLAINT
(WRIT) REINSTATED (REISSUED)

_____
Deputy Prothonotary