IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CELESTE CARPENTER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TRANSUNION RENTAL SCREENING SOLUTIONS, INC.** | : | **NO. 18-1922** |

## O R D E R

    **AND NOW, TO WIT:** This 16th day of August, 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice pursuant to agreement of counsel, and without costs.

    **KATE BARKMAN,** Clerk of Court

**BY:** _____
          Jean M. Pennie
          Deputy Clerk

Civ 2 (8/2000)
41(b).frm